No. PD-0428-15 **428-15**

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

ORIGINAL

---

OSVALDO, LEIJA-BALDERAS,
APPELLANT

VS.

THE STATE OF TEXAS,
APPELLEE

FILED IN
COURT OF CRIMINAL APPEALS

JUN 03 2015

Abel Acosta, Clerk

---

On review from The Fifth Supreme Judicial
Appeals Court of Texas
in Appeal no. 05-14-00648-CR

---

APPELLANT'S BRIEF

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 01 2015

Abel Acosta, Clerk

Osvaldo Leija-Balderas
Petitioner, pro se
TDCJ # 01922722
1536 IH 10 East
Fort Stockton, Texas 79735

# LIST OF PARTIES

## APPELLANT

Osvaldo Leija-Balderas

## STATE'S ATTORNEY AT TRIAL

Travis Wiles
Dallas County District Attorney's Office
Frank Crowley Courts Building
133 N Riverfront Blvd, LB-19
Dallas, Texas 75207-4399

## APPELLANT'S ATTORNEY ON APPEAL

Julie Woods
Dallas County Public Defender's Office
Frank Crowley Courts Building
133 N Riverfront Blvd, LB-2
Dallas, Texas 75207-4399

## STATE'S ATTORNEY ON APPEAL

Craig Watkins      (or his designated representative)
Dallas County District Attorney's Office
Frank Crowley Courts Building
133 N Riverfront Blvd LB-19
Dallas County, Texas 75207

# INDEX OF AUTHORITIES

## Statutes

TEX. PENAL CODE § 12.32
TEX. PENAL CODE § 21.02
TEX. PENAL CODE § 21.02 (c)(4)
TEX. PENAL CODE § 21.02 (h)
TEX. PENAL CODE § 22.021(a)(1)(B)(i)
TEX. PENAL CODE § 22.021(a)(2)(B)
TEX. PENAL CODE § 22.021(e)

## Rules

TEX. R. APP. P. 43.2(b)

No. PD-0428-15

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

---

OSVALDO LEVA - BALDERAS

vs.

THE STATE OF TEXAS

---

FROM APPEAL NO. 05-14-00648-CR

TRIAL CAUSE NO. F13-32837-W
DALLAS COUNTY

PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS

Comes now, Osvaldo Leva-Balderas, Petitioner

I.

The petitioner was convicted in the 363rd District Court of Dallas County, Texas of the offense of Aggravated Sexual Assault of a Child in Cause No. F13-32837-W, styled The State of Texas vs.

Osvaldo Leija-Balderas. The petitioner appealed to the Court of Appeals, Fifth Supreme Judicial District. The case was affirmed on March 20, 2015.

## II.

Though the Court of Appeals granted both of Appellant's Points of Error and issued order to have the judgments changed to reflect the necessary changes, the Petitioner seeks further relief in the sentence imposed by sitting Justice.

## III.

In the State of Texas a class two felony has a sentence structure of five to twenty years. When the court accepted the lesser charge of a class two felony then the judge should have also reduced the sentencing time frame. Since the justices on the Court of Appeals affirmed in favor of the Appellant, then the court should have also ordered the Appellant to be returned to Dallas County for new sentencing.

WHEREFORE, Petitioner prays this Court review this Discretionary Review and decision from the Court of Appeals. Petitioner requests the Court remand the Petitioner back to District Court for appropriate sentencing of five to twenty years.

_Osvaldo Leija Balderas_
Osvaldo Leija-Balderas
Petitioner, pro se
TDCJ# 01922722
1536 LH 10 East
Fort Stockton, Texas 79735

I, OSVALDO LEIJA-BALDERAS, TDCJ# 01922722, being presently incarcerated in The Fort Stockton Transfer Facility Unit of the Texas Department of Criminal Justice in Pecos County, Texas verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this The 22nd day of May, 2015.

Osvaldo Leija Balderas
Petitioner
TDCJ# 01922722
1536 IH 10 East
Fort Stockton, TX 79735

## CERTIFICATE OF SERVICE

I, OSVALDO LEIJA-BALDERAS, certify that a true and correct copy of the above and attached Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class, to the Attorney for State, Mr. Travis Wiles, District Attorney's Office, 133 N Riverfront Blvd, LB-19, Dallas, Texas 75207-4399 and to the State Prosecuting Attorney, P O Box 12405, Austin, Texas 78711 on this the 22nd day of May, 2015.

Osvaldo Leija Balderas
Petitioner, pro se
TDCJ# 01922722
1536 IH 10 East
Fort Stockton, TX 79735

Affirmed as Modified and Opinion Filed March 27, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

No. 05-14-00648-CR

---

OSVALDO LEIJA-BALDERAS, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 363rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F13-32837-W

---

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Whitehill

Osvaldo Leija-Balderas waived a jury and pleaded guilty to aggravated sexual assault of a child younger than fourteen years. After finding appellant guilty, the trial court assessed punishment at twenty-two years' imprisonment. In two issues, appellant contends the trial court's judgment should be modified to reflect the correct statute for the offense and the correct age of the complainant at the time of the offense. The State agrees the judgment should be modified to show the correct statute, but disagrees that the age of the complainant should be modified. We modify the trial court's judgment and affirm as modified.

Regarding appellant's first issue, the trial court's judgment does incorrectly identify the statute for the offense as "21.02 Penal Code," which is the statute for continuous sexual abuse of a child. Appellant pleaded guilty to and was found guilty of aggravated sexual assault of a child younger than fourteen years under section 22.021 of the Texas Penal Code. *See* TEX. PENAL CODE ANN. § 22.021(a)(1)(B) (West Supp. 2014). We sustain appellant's first issue.

As to appellant's second issue, although the record shows appellant was indicted for continuous sexual abuse of a child, he pleaded guilty to the lesser-included offense of aggravated sexual assault of a child younger than fourteen years. The indictment alleged the offense occurred on or about September 1, 2007. During the February 12, 2014 hearing following appellant's guilty plea, the complainant testified that she was sixteen years old. She further testified that appellant began "touching" her in "inappropriate ways" when she was four years old, and the last time he "touched" her was when she was fourteen years old. The complainant further testified the sexual contacts occurred "pretty much every single day."

The trial court's judgment recites that the "age of the victim at the time of the offense was 5 years." However, as noted above, appellant pleaded guilty to and was found guilty of aggravated sexual assault of a child younger than fourteen years. We sustain appellant's second issue.

We modify the trial court's judgment as follows: (1) the statute for the offense is "22.021(a)(1)(B) Penal Code," and (2) the age of the victim at the time of the offense was under the age of fourteen. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd).

As modified, we affirm the trial court's judgment. We order the trial court to enter an amended judgment reflecting these modifications.

Do Not Publish
TEX. R. APP. P. 47
140648F.U05

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

-3-



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

OSVALDO LEIJA-BALDERAS,
Appellant

No. 05-14-00648-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 363rd Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F13-32837-W).
Opinion delivered by Justice Whitehill,
Justices Francis and Lang-Miers
participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** as follows:

The section entitled "Statute for Offense" is modified to show "22.021(a)(1)(B) Penal Code."

The section entitled "The age of the victim" is modified to show "The age of the victim at the time of the offense was younger than fourteen years."

As modified, we **AFFIRM** the trial court's judgment. We **ORDER** the trial court to enter an amended judgment reflecting these modifications.

Judgment entered March 27, 2015.

-4-